## 33511. JOHNSON et al. v. BODKIN.

PER CURIAM.

The trial court erred in entertaining this action filed under Code § 85-407.1, to obtain a declaratory judgment that plaintiffs obtained title to the mineral rights on their property by seven years adverse possession. *Nelson v. Bloodworth,* 238 Ga. 264, 267 (232 SE2d 547)(1977).

*Judgment reversed. All the Justices concur.*

SUBMITTED APRIL 21, 1978 — DECIDED MAY 17, 1978.

*G. T. Crichton,* for appellants.
*Walter P. McCurdy, Sr.,* for appellee.